UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREENFIELD FRESH, INC.,

    Plaintiff,

v.

BERTI PRODUCE-OAKLAND, INC., et al.,

    Defendants.

Case No. 14-cv-01096-JSC

**PRETRIAL ORDER NO. 1**

Upon review of the Joint Case Management Conference Statement submitted by the appearing parties (Dkt. No. 24), the Court VACATES the July 10, 2014 case management conference and sets the following schedule.

**A.     Mediation**

The parties shall complete mediation with the court-appointed mediator as previously directed; that is, within 90 days of June 23, 2014.

**B.     Case Schedule**

The fact discovery cut-off is October 10, 2014 and November 10, 2014 is the deadline to complete expert discovery.  The Court will hold a further case management conference on *September 25, 2014 at 1:30 p.m.*  The Court will set a trial date at that time if necessary.

**IT IS SO ORDERED.**

Dated: July  9 , 2014

                                                                 Jacqueline S. Corley
_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge