1  MARION I. QUESENBERY, State Bar No. 072308
   ELISE C. O'BRIEN, State Bar No. 0245967
2  RYNN & JANOWSKY, LLP
   4100 Newport Place Drive, Suite 700
3  Newport Beach, CA 92660
   Telephone:  (949) 752-2911
4  Fax:  (949) 752-0953
   E-mail: marion@rjlaw.com; elise@rjlaw.com

5  Attorneys for Defendant
   Raymond Mah
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| GREENFIELD FRESH, INC., | CASE NO. 14-cv-01096-JSC |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION AGAINST RAYMOND MAH AND HENRY CHOW ONLY** |
| v. | |
| BERTI PRODUCE-OAKLAND, INC. RAYMOND MAH, individually, and HENRY CHOW, individually, | [Fed. R. Civ. P. 41(a)(1)] |
| Defendants. | |

    Plaintiff Greenfield Fresh, Inc. ("Greenfield") and Defendant Raymond Mah ("Mah") stipulate and agree through their respective counsel that the above-entitled action against Raymond Mah and Henry Chow only may be dismissed in its entirety, with prejudice, with all parties to bear their own costs and attorneys fees.

                                        RYNN & JANOWSKY, LLP

Date:  September 25, 2014      By:    /s/ Marion I. Quesenbery
                                      MARION I. QUESENBERY
                                      Attorneys for Raymond Mah

Stipulation for Dismissal – 14-cv-01096-JSC – Page 1

| | | |
|---|---|---|
| Date:  September 25, 2014 | | TERRA LAW LLP |
| | By: | /s/ Breck E. Milde<br>BRECK E. MILDE<br>ERIC T. HARTNETT<br>Attorneys for Greenfield Fresh, Inc. |
| Date:  September 25, 2014 | | KEATON LAW FIRM, P.C. |
| | By: | /s/ Scott Hillison<br>SCOTT HILLISON<br>Attorneys for Greenfield Fresh, Inc. |

## **ORDER**

Pursuant to Stipulation of Plaintiff Greenfield Fresh, Inc. and of Defendant Raymond Mah, IT IS HEREBY ORDERED that Defendants Raymond Mah and Henry Chow only are dismissed, *with prejudice,* from any and all claims asserted by Plaintiff Greenfield Fresh, Inc.

**IT IS SO ORDERED.**

Dated:  September 23, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge