# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREENFIELD FRESH, INC.**,<br><br>    **Plaintiffs**,<br><br>vs.<br><br>**BERTI PRODUCE-OAKLAND, INC.**,<br><br>    **Defendant.** | Case No.: 14-CV-1096 YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING MOTION FOR DEFAULT JUDGMENT** |

The Court has reviewed Magistrate Judge Corley's Report and Recommendation to Grant Plaintiff's Motion for Default Judgment (Dkt. No. 47), to which no party filed an objection. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, Plaintiff's Motion for Default Judgment (Dkt. No. 47) is **GRANTED**. The Judgment shall be entered by separate Order.

This terminates Docket Number 47.

**IT IS SO ORDERED.**

Date: March 13, 2015

                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**