**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GREENFIELD FRESH, INC.,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**BERTI PRODUCE-OAKLAND, INC.,**<br><br>    **Defendant.** | **CASE NO.: 14-CV-1096 YGR**<br><br>**JUDGMENT** |

    The Court having granted the Motion for Default Judgment of Plaintiff Greenfield Fresh, Inc., it is **ORDERED, ADJUDGED AND DECREED** that:

    Judgment is entered in favor of plaintiff and against defendant in the total amount of **$78,685.84.**

    **IT IS SO ORDERED.**

**Dated:  April 29, 2015**

_____
    **YVONNE GONZALEZ ROGERS**
    **UNITED STATES DISTRICT COURT JUDGE**